In the Matter of BAPPS CORPORATION, Respondent, against BOARD OF ASSESSORS OF THE CITY OF BUFFALO, Appellant.

Argued October 9, 1952; decided October 23, 1952.

*Fred C. Maloney, Corporation Counsel (Abraham I. Okun* of counsel), for appellant.

*George W. Goetz* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.